UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 12

| Bestview International Co. |
| :--- |
| Plaintiff, |
| v. |
| United States et al |
| Defendant. |

Court No.: 20-01457

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that International Trade Law Counselors, PLLC has been substituted as attorney of record for plaintiff in this action in place of deKieffer & Horgan.

Dated: May 22, 2023

Bestview International Co.
Plaintiff

By: Perry Liu, President

\* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Bestview International Co., the plaintiff herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is John Joseph Kenkel.

Dated: May 22, 2023

International Trade Law Counselors, PLLC
Attorney

8647 Richmond Highway, Suite 623
Street Address

Alexandria, VA. 22309
City, State and Zip Code

By: /s/ John Joseph Kenkel
New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)

378